**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>   Defendants. | No. 1:19-cv-01610<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

## <u>SCHEDULING ORDER</u>

   Having considered the parties' respective proposals in their Joint Status Report (Dkt. No. 191), the Court sets the following case schedule:

- Defendants shall answer the Consolidated Amended Class Action Complaint by **11/16/2020**.

- Parties shall serve their respective initial disclosures under Federal Rule of Civil Procedure 26(a)(1) by **11/16/2020**.

- Parties shall agree to ESI terms/custodians and/or submit any disputes regarding the same to the Court by **1/8/2021**.

- Defendants shall complete their production of transactional data responsive to Plaintiffs' first set of requests for production by **5/14/2021**.

- Parties shall complete their production of documents responsive to other parties' requests for production by **6/15/2021**.

- Plaintiffs shall file their motion for class certification and supporting expert reports by **12/15/2021**.

- Defendants shall file their responses to Plaintiffs' class certification motion and supporting expert reports, and *Daubert* motions directed to Plaintiffs' class certification experts by **3/1/2022**.

- Plaintiffs shall file their reply in support of class certification and supporting rebuttal expert reports, responses to Defendants' *Daubert* motions regarding Plaintiffs' class certification experts, and *Daubert* motions regarding Defendants' class certification experts by **5/2/2022**.

- Defendants shall file their replies in support of their *Daubert* motions regarding Plaintiff's class certification experts and responses to Plaintiffs' *Daubert* motions regarding Defendants' class certification experts by **6/2/2020**.

- Plaintiffs shall file their replies in support of their *Daubert* motions regarding Defendants' class certification experts by **7/1/2022**.

- Fact discovery shall be completed by **9/1/2022**.

The Court will set a schedule for merits expert discovery and dispositive motion practice at a later date. The parties are advised, however, that the Court intends to schedule merits expert discovery to be completed prior to the deadline for the filing of dispositive motions. The briefing of *Daubert* challenges to merits experts will occur simultaneously with briefing of dispositive motions.

     **SO ORDERED.**

Dated: November 6, 2020

_____
ANDREA R. WOOD
United States District Judge