UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Christopher Moehrl, et al.

Plaintiff,

v.

Case No.: 1:19−cv−01610
Honorable Andrea R. Wood

The National Association of Realtors, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 8, 2021:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/8/2021. Plaintiff's unopposed motion to relate and reassign case pursuant to Local Rule 40.4 [249] is taken under advisement. For the reasons stated on the record, Corporate Defendants' joint motion for protective order [216] is denied. The parties shall meet and confer and, by 8/5/2021, file a joint status report identifying any remaining areas of dispute, providing a proposed schedule for completing the remaining document production, and identifying any other issues that the parties desire to discuss with the Court at the status hearing. Telephonic status hearing set for 8/12/2021 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.