IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) ) Plaintiffs, ) ) ) v. ) ) ) THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JEREMY J. GRAY AND
REQUEST FOR REMOVAL FROM ECF SERVICE**

TO THE CLERK AND ALL PARTIES OF RECORD: Please withdraw the appearance of Jeremy J. Gray as counsel for Defendant RE/MAX, LLC in this matter. After February 18, 2022, Mr. Gray will no longer be associated with the law firm of Jones Day.

PLEASE TAKE NOTICE that RE/MAX, LLC continues to be represented in this case by other attorneys of record from the Jones Day firm.

Accordingly, we ask that this notice be approved.

Dated: February 4, 2022

/s/ Eddie Hasdoo
Eddie Hasdoo (6317518)
ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, Illinois 60601
Tel: (312) 782-3939
Fax: (312) 782-8585

Jeffrey A. Levee (CA 90071)
jlevee@jonesday.com
JONES DAY
555 South Flower St, 50th Floor
Los Angeles, California 90071
Chicago, Illinois 60601
Tel: (213) 489-3939
Fax: (213) 243-2539

*Counsel for Defendant RE/MAX, LLC*

**SO ORDERED:**

_____

Dated: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, the foregoing was served by operation of the Court's CM/ECF system upon counsel of record.

By: */s/ Eddie Hasdoo*
Eddie Hasdoo

*Counsel for Defendant RE/MAX, LLC*